**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

IN RE:
KIMPA LEE KNIGHT, SR.                    CASE NO. 09-75049 -FJS
RATISHA LEANN KNIGHT,
RATISHA WRAY JOHNSON
    Debtor(s)

---

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends/unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends/unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| City of Norfolk<br>235 E. Plume Street<br>Norfolk, VA 23510 | $3.63 |
| **TOTAL** | $3.63 |

Dated: February 28, 2011

                                                  */s/ Carolyn L. Camardo*
                                                  Carolyn L. Camardo, Trustee
                                                  VSB #23814
                                                  258 N. Witchduck Road, Suite C
                                                  Virginia Beach, VA 23462
                                                  (757) 490-2200

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends/Unclaimed Funds was sent via email this 28th day of February, 2011 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[USTPRegion04.NO.ECF@usdoj.gov]

                                                    Carolyn L. Camardo, Trustee